**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2351**

---

JOSEPH T. HARANZO,

                              Plaintiff - Appellant,

        versus

VIRGINIA     DEPARTMENT     OF     REHABILITATIVE
SERVICES,

                              Defendant - Appellee,

        and

COMMONWEALTH OF VIRGINIA,

                              Defendant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (CA-05-326-7)

---

Submitted:  April 28, 2006              Decided:  May 23, 2006

---

Before WILKINSON, LUTTIG,[*] and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

        [*]Judge Luttig was a member of the original panel but did not
participate in this decision.  This opinion is filed by a quorum of
the panel pursuant to 28 U.S.C. § 46(d).

Joseph T. Haranzo, Appellant Pro Se. Ishneila G. Moore, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph T. Haranzo appeals the district court's order granting the Defendant's motion to dismiss in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Haranzo v. Virginia Dep't of Rehabilitative Servs., No. CA-05-326-7 (W.D. Va. Nov. 15, 2005). In addition, we deny Haranzo's request for a trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED